**Doris R. HUGHES et al.**

v.

**AMERICAN UNIVERSAL INSURANCE COMPANY.**

No. 79–506–A.

Supreme Court of Rhode Island.

Sept. 4, 1980.

Stephen C. Mackie, Providence, for plaintiffs.

Eugene V. Higgins, Robert J. Dumouchel, Providence, for defendant.

## ORDER

The plaintiff's motion for priority assignment is granted and this case is assigned to the November, 1980 calendar for oral argument.

DORIS, J., did not participate.

**John W. JORDAN et al.**

v.

**June J. KELLY et al.**

No. 79–504–A.

Supreme Court of Rhode Island.

Sept. 4, 1980.

Parmenter & Associates, William E. Parmenter, Providence, for plaintiffs.

Milton Bernstein, Providence, for defendants.

## ORDER

An examination of the record in this case reveals that the appeal herein was taken prior to the disposition of defendants' counterclaims in Superior Court and that the judgment appealed was not accompanied by the certificate required under Super.R. Civ.P. 54(b). Accordingly, we assign the defendants' motion to affirm the judgment of the Superior Court to the motion calendar for Wednesday, November 5, 1980 at 9:30 for oral argument, provided that the requisite Rule 54(b) certificate is procured and filed herein prior to that date.

DORIS, J., did not participate.